586

No. 1021. SHERWIN v. UNITED STATES; and
No. 1022. SHERIDAN v. UNITED STATES. On petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit. June 2, 1941. The motion to use the record in Nos. 319 and 320 is granted. The petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and the motion for leave to proceed further *in forma pauperis,* are denied. *Mr. Earl C. Demoss* for petitioners. Reported below: 118 F. 2d 828.

No. 917. FARNSWORTH v. SANFORD, WARDEN. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. John F. Finerty* for petitioner.

No. 1003. GLASS v. RYAN, WARDEN. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Harold Glass, pro se.*

No. 1040. WEITLAUF v. UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Court of Appeals for the District of Columbia, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Jordan R. Bentley* for petitioner.

No. 1049. RILEY ET AL. v. ILLINOIS. June 2, 1941. Petition for writ of certiorari to the Supreme Court of Illinois, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. Wm. Scott Stewart* for petitioners.

*Mr. George F. Barrett,* Attorney General of Illinois, for respondent.

No. 1053. PEARSON *v.* CALIFORNIA. June 2, 1941. Petition for writ of certiorari to the District Court of Appeal, Second Appellate District, of California, and motion for leave to proceed further *in forma pauperis,* denied. *Clarence Pearson, pro se.*

No. 1060. BOERNER *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. C. Joseph Danahy* for petitioner.

No. 1081. BECK *v.* UNITED STATES. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied for the reason that application therefor was not made within the time provided by law. Rule XI of the Criminal Appeals Rules, 292 U. S. 665–666. MR. JUSTICE DOUGLAS took no part in the consideration and decision of this application. *Christian W. Beck, pro se.*

No. 838. MUNICIPALITY OF GUAYANILLA *v.* PUBLIC SERVICE COMMISSION OF PUERTO RICO ET AL. June 2, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. Ismael Soldevila* and *Pedro M. Porrata* for petitioner. *Messrs. William Cattron Rigby, George A. Malcolm,* and *Nathan R. Margold* for the Public Service Commission; and *Mr. C.*